IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTHONY RAY PARKS**                                                                    **PLAINTIFF**

**v.**                           **CASE NO. 5:09CV00355 BSM**

**BILL WIEGAND, Detective,**
**Pine Bluff City Police Department**                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 37(b)(2).

Dated this 20th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE